ORD PTS12DS (09/03)

**UNITED STATES GOVERNMENT**
**MEMORANDUM**

**DATE:** October 25, 2022

**REPLY TO**
**ATTN OF:** Nick Nischik
Senior U.S. Pretrial Services Officer

**SUBJECT:** Devon James Wolfe
3:22CR00223-SI-001

**AMENDED VIOLATION OF RELEASE CONDITIONS**

**TO:** The Honorable John V. Acosta, U.S. Magistrate Judge

_____

On August 4, 2022 the above-named defendant was placed under pretrial supervision with conditions which include:
- Do not change place of residence without the prior approval of U.S. Pretrial Services.
- Do not use, possess, or consume alcohol.
- Participate in drug/alcohol assessment and undergo counseling as directed by U.S. Pretrial Services.
- The defendant shall abide by the program rules of Medicine Wheel
- Report as directed by the U.S. Pretrial Services Office.

### Nature of Noncompliance

Pretrial Services was contacted by Medicine Wheel Treatment Services (MWTS) on September 11, 2022, advising the defendant had been caught drinking alcohol two days prior. As a result, MWTS terminated the defendant from their treatment program and housing.

Pretrial Services attempted to reach the defendant after his termination but was unsuccessful. Further, the defendant signed reporting instructions when initially released and was to call Pretrial Services during the first week of every month. The defendant failed to do so in October.

**SUPERVISION PERFORMANCE:**

The defendant had been on release for just over one month prior to being terminated from treatment. The defendant was initially dismissive of Pretrial Services, but did report to treatment as directed. Pretrial Services met with the defendant on September 7, 2022, and he apologized for his conduct reporting things were going well. Two days later he was ejected from Medicine Wheel Treatment Services.

A warrant was issued on September 16, 2022.

On October 19, 2022 this officer received a phone call from an employee of the Confederated Tribes of Colvill Reservation San Poil Treatment Center (San Poil Treatment). They advised the defendant was attending inpatient treatment and were seeking a good email address or fax number to send a status report. The subsequent report confirmed the defendant was in "phase I" of their treatment program, enthusiastic about learning and working with a mental health specialist.

On October 24, 2022 this officer spoke with San Poil Treatment advising them of the defendant's warrant. A plan was constructed to facilitate the defendant's self-surrender at the Spokane Federal Courthouse the following day.

ORD PTS12DS (09/03)

The defendant is scheduled for trial on January 3, 2023.

**RECOMMENDATION:**

The defendant has re-engaged in treatment which is clearly necessary and has increased his level of treatment from Intensive Outpatient Treatment to Inpatient Treatment. Further, the staff at San Poil Treatment has assisted with the defendant's self-surrender.

Therefore, Pretrial Services respectfully recommends the defendant be released back to San Poil Treatment and that a virtual appearance be considered to address the outstanding violation in the District of Oregon.   The United States Attorneys Office concurs with this recommendation.